```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


EDWARD E. CHERRIE, JR., ET              CIVIL ACTION
AL.

VERSUS                                  NO: 06-4724

UNITED STATES OF AMERICA,               SECTION: J(4)
FEDERAL EMERGENCY MANAGEMENT
AGENCY, ET AL.
```

### ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the **United States' Motion to Dismiss (Rec. Doc. 22)**, set for hearing on November 22, 2006, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the **United States' Motion to Dismiss (Rec. Doc. 22)** should be and is hereby **GRANTED**, and Plaintiffs' claims against the federal defendants, including the Federal Emergency Management Agency and the Disaster Mortuary Operations Response Team (incorrectly named as the Federal Disaster Mortuary Operations Rescue Team) are **DISMISSED** with prejudice.

A motion for reconsideration of this order based on the

1

appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana this 22nd day of November, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE